UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 5:10-cv-00764-JHN-RZx | | Date | June 21, 2010 |
|---|---|---|---|---|
| Title | State of California, County of San Bernardino v. Barbara Ann Grady | | | |

| Present: The Honorable | Jacqueline Nguyen | |
|---|---|---|
| Alicia Mamer | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**      **ORDER REMANDING CASE TO COUNTY OF SAN BERNARDINO SUPERIOR COURT  (In Chambers)**

On June 1, 2010, Defendant Barbara Ann Grady removed this action to this Court based on diversity jurisdiction pursuant to 28 U.S.C. 1441 and 1446.  This is a child support action filed in the County of San Bernardino Superior Court.

Removal to federal court is governed by 28 U.S.C. § 1441, which in relevant part states that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants[.]" 28 U.S.C. § 1441(a).  However, the Court may remand a case to state court for lack of subject matter jurisdiction.  28 U.S.C. § 1441(c).

Under 28 U.S.C. § 1331, the Court has original jurisdiction over civil actions "arising under" federal law.  "The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. V. Williams*, 482 U.S. 386, 392 (1987).  Here, Defendant has filed a Notice of Removal but the underlying child support action does not arise under the Constitution, treaty or federal statute.

Under 28 U.S.C. § 1332, the Court also has jurisdiction over civil actions where there is complete diversity of citizenship and the amount in controversy exceeds $75,000. *Morris v. Princess Cruises, Inc.*, 236 F.3d 1061, 1067 (9th Cir. 2001).  Here, it is apparent that there is no diversity jurisdiction because Defendant is a citizen of the State of California, as are the entities of the State of California and County of San Bernardino.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:10-cv-00764-JHN-RZx | Date | June 21, 2010 |
|----------|------------------------|------|---------------|
| Title | State of California, County of San Bernardino v. Barbara Ann Grady | | |

For these reasons, **IT IS ORDERED** that this action be **REMANDED** to the Superior Court for the County of San Bernardino.

**IT IS SO ORDERED**.

|   |   |   |   |
|---|---|---|---|
| 0 | : | 00 |   |

Initials of Preparer           CSI